**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **TAMMY SCOLLARD, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CV3196 |
| | ) | |
| vs. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **ROCKY MOUNTAIN HOLDINGS CO., LLC, et al.** | ) ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on August 17, 2006, letters (Filings Nos. 11, 12 & 13) were sent to:

**Edward J. McMurrer**
**MENDES, MOUNT LAW FIRM**
**750 Seventh Avenue**
**New York, NY 10019-6829**

**Ralph V. Pagano**
**MENDES, MOUNT LAW FIRM**
**750 Seventh Avenue**
**New York, NY 10019-6829**

**Timothy P. Welch**
**MENDES, MOUNT LAW FIRM**
**750 Seventh Avenue**
**New York, NY 10019-6829**

from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on September 12, 2006, none of the listed attorneys have complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **October 2, 2006**, attorneys McMurrer, Pango and Welch shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 13th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge