IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY SCOLLARD, Executor of the Estate of Patrick Scollard, and WAUSAU INSURANCE COMPANY, ) ) ) ) | |
| Plaintiffs, ) ) | 4:06CV3196 |
| vs. ) ) | ORDER |
| ROCKY MOUNTAIN HOLDINGS CO., AIR METHODS CORPORATION, AMERICAN EUROCOPTER CORP., EUROCOPTER SAS, and DUNLOP LIMITED, ) ) ) ) ) ) | |
| Defendants, ) ) | |
| SOCIETE D'APPLICATIONS DES MACHINES MOTRICES, a.k.a. SAMM, ) ) ) | |
| Defendant and Third-Party Plaintiff, ) ) ) | |
| vs. ) ) | |
| PAMELA MANSKE, Special Administrator of the Estate of Phillip Herring, and ROCKY MOUNTAIN HOLDINGS CO., ) ) ) ) ) | |
| Third-Party Plaintiffs. ) | |

This matter is before the court on the motion of Defendants, Rocky Mountain Holding Company, LLC ("Rocky Mountain") and Air Methods Corporation ("Air Methods') for a extension of time in which to file a report to the Court pursuant to Fed. R. Civ. P. 26(f) (Filing No. 72). The motion is granted. The parties shall have to **on or before January 22, 2007,** in which to file such report.

**IT IS SO ORDERED.**

DATED this 29th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge